NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHIE LEON HALL,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3170

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-14-0725-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management ("OPM") moves to reform the official caption to name the Merit Systems Protection Board ("Board") as the respondent, and for an extension of time for the Board to file its response brief 21 days from the later of the date of disposition of this motion or the date that Richie Leon Hall submits the filing fee. Hall opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Richie Leon Hall's petition for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The motion for an extension of time to file the response brief is granted to the extent that the Board should calculate the due date for its brief from the date Hall pays the filing fee.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21